RECEIVED
IN ALEXANDRIA, LA

NOV 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LAWRENCE RINGER<br>BOP# 08535-062 | DOCKET NO. 08-CV-0890; SEC. P |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| JOE KEFFER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Petition for Writ of Habeas Corpus (28 U.S.C. §2241) be DENIED and DISMISSED with prejudice, except that his civil rights claims raised therein be DISMISSED WITHOUT PREJUDICE to his filing a proper civil rights action. .

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 5- day of November , 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE